USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Matthew Thomas,
Jordan Moore

Defendant(s).

S1 26-CR-419 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment and initial conference in this matter is scheduled for Wednesday, September 30, 2026, at 11:00 a.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: September 29, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge