GRANTED. The status conference currently scheduled for November 9, 2026, is ADJOURNED to **Thursday, December 3, 2026, at 11:00 a.m.** Speedy Trial time is excluded until December 3, 2026, to allow time for continued discovery review and a possible disposition of this case. The Clerk of Court is respectfully directed to terminate Dkt. No. 21. SO ORDERED.

Dated: November 6, 2026

November 5, 2026

The Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** ***United States v. Matthew Thomas and Jordan Moore***
**26-Cr-419 (MMG)**

Your Honor:

I represent Jordan Moore in this case, but am writing on behalf of both defendants. The defense jointly respectfully requests a 3-4 week adjournment of the November 9 status conference in this case. The government consents.

The parties have received the bulk of the discovery and are continuing to review it. Now that the discovery review is nearly complete, both defendants intend to engage the government in discussions to potentially resolve this case without a trial. The parties believe it would be fruitful to allow such negotiations to proceed before motions and trial dates are set.

Accordingly, we respectfully ask the Court to adjourn Monday's conference to the first week of December, or a date thereafter convenient to the Court. To pursue a possible resolution without trial, the defendants waive time under the Speedy Trial Act from November 9th to the next conference date.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Jordan Moore*

Cc: All Counsel

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com